RECEIVED

FEB 03 2011

AT 8:30 ___M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas Arpert |
| v. | : | Crim. No. 11-67(MLC) |
| ROOSEVELT GRAYSON | : | SEALING ORDER |

This matter having come before the Court upon the application of the United States of America (R. Joseph Gribko, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 3rd day of February, 2011,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

_____
DOUGLAS ARPERT
United States Magistrate Judge