UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-62 (MLC) |
| vs. | : | Hon. Douglas Arpert |
| ROOSEVELT GRAYSON | : | <u>DETENTION ORDER</u> |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, appearing), in the presence of Edward Bertucio, Esq., attorney for defendant Roosevelt Grayson, for an order pursuant to 18 U.S.C. §§ 3142(e) and 3143 (a), and Fed. R. Crim. P. 32.1(a)(6), detaining defendant; and

The Court having found that the defendant poses both a danger to the community and a risk of flight;

IT IS, therefore, on this 8th day of February, 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Roosevelt Grayson be committed to the custody of the Attorney General or his authorized representative pending a trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Roosevelt Grayson be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Roosevelt Grayson be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Roosevelt Grayson shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Roosevelt Grayson without bail pending his trial is hereby granted, and defendant Roosevelt Grayson is hereby ordered detained pending his trial in the above-entitled matter.

_____
HON. DOUGLAS ARPERT
United States Magistrate Judge